# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

_____
                                          )
**CELLEBRITE MOBILE**                     )
**SYNCHRONIZATION LTD., and**             )
**CELLEBRITE USA, INC.**                  )       **Civil Action No. 13-CV-1014 (TSE/TRJ)**
                                          )
     **Plaintiffs,**             )
                                          )       **THIRD EXPERT DECLARATION OF**
     **v.**                      )       **ROBERT ZEIDMAN**
                                          )
**MICRO SYSTEMATION AB, and**             )
**MSAB, INC.,**                           )
                                          )
     **Defendants.**             )
_____

**Table of Contents**

I.      Summary of Findings ............................................................................................ 1

II.     Scope of Report .................................................................................................... 1

III.    Insufficient Production of Materials .................................................................... 2

    A.      Versions of XRY Software Omitted ............................................................ 2

    B.      Software Repository Omitted ....................................................................... 3

    C.      Ancillary Files Omitted ............................................................................... 3

    D.      Other Source Code Files Were Omitted or Had Problems ........................... 3

IV.     Conclusion ........................................................................................................... 5

Exhibit A: XRY Release Notes 6.3 ............................................................................... 1

Exhibit B: Omitted Files from Second Production ......................................................... 1

I, Robert Zeidman, provide the following expert disclosures.

## I.      SUMMARY OF FINDINGS

1.  I have reviewed the Plaintiff's First Request for Production of Documents to Defendants, which was submitted by Cellebrite Mobile Synchronization Ltd. ("Cellebrite") on September 16, 2013, and the documents provided by Micro Systemation AB and MSAB, Inc. ("MSAB"). I find that MASB has not complied with Cellebrite's document requests. MSAB has not provided all versions of XRY software code, the software repository, ancillary files, and other source code files. These omissions hinder my ability to perform a complete analysis.

## II.     SCOPE OF REPORT

2.  Based on my background and experience, I have been asked by the law firm of Pearl Cohen Zedek Latzer Baratz LLP, on behalf of Cellebrite Mobile Synchronization Ltd. ("Cellebrite"), to provide my opinions and conclusions related to whether Micro Systemation AB and MSAB, Inc. ("MSAB") complied with the Plaintiff's First Request for Production of Documents to Defendants.

3.  In reaching the opinions and conclusions discussed herein, I received, considered, and/or relied upon the following materials:

    1)  Plaintiff's First Request for Production  of Documents to Defendants, dated 9/16/2013

    2)  Declaration of Orjan Gatu in Opposition to Application for a Temporary Restraining Order, filed 8/22/2013.

    3)  Expert Declaration of Robert Zeidman, dated 8/15/2013

    4)  First MSAB XRY Source Production, received on 10/24/2013

    5)  Second MSAB XRY Source Production, received on 11/07/2013

    6)  "MSAB XRY 6.3 Release Notes," MSAB Downloads,

http://www.msab.com/app-

data/downloads/Release_Notes_(English)/XRY_release_notes_6.3_EN.pdf,

retrieved on 11/11/2013

## III.    INSUFFICIENT PRODUCTION OF MATERIALS

4.  I have reviewed the documents provided by MSAB. I find that the production is insufficient

and does not comply with Cellebrite's document request.

## A.    VERSIONS OF XRY SOFTWARE OMITTED

5.  Cellebrite's document request covers the period from January 1, 2011 through the present

and specifically asked for all versions of the XRY  Software solutions for physical

extraction of Samsung mobile devices based upon the Qualcomm chip set and all versions

of the XRY Software solutions for physical extraction of BlackBerry mobile devices during

that period. However, the earliest version number associated with the MSAB production is

version 6.3. This is the earliest version number found in the directory names that MSAB

provided. Version 6.3 of the MSAB XRY software was released on May 28, 2012

according to the XRY 6.3 release notes, attached as Exhibit A. Therefore, MSAB has

omitted over a year of documents and source code prior to version 6.3. These early

documents are critical, because signs of copying in early versions of software may not be

evident in later versions.

6.  For example, Gatu in his declaration discusses the SGH-800 configuration file. In my

declaration dated August 15, 2013, I found that this configuration file was called `SGH-`

`G800.txt` and that it includes Cellebrite parameters, Cellebrite commands, and even the

name "Cellebrite." According to Gatu, this file was added to MSAB's version control

system on May 19, 2011. I need access to the version control system to verify the

development history of the SGH-800 configuration file, as discussed below. The existence

of this configuration file in early 2011 indicates that MSAB was utilizing Cellebrite

CONFIDENTIAL                                                                                    2

materials prior to the software source code that MSAB provided.

7. Furthermore, MSAB appears to have only provided files from production versions of their source code. The directory names of the provided source code correspond to official releases of the MSAB XRY software. The omission of both source code leading up to these production versions as well as intermediate versions of the source code hinders my ability to perform a complete analysis.

**B.    SOFTWARE REPOSITORY OMITTED**

8. The MSAB production also omitted the version control system, also known as a source code repository, that would contain all versions of MSAB source code including release version and intermediate versions. Cellebrite specifically requested the MSAB source code repository. A version control system includes valuable metadata related to the software development process and procedures as well as which software developers were involved with which files and on which dates and times. Access to the version control system is needed to understand the development history of the XRY software.  The omission of the source code repository hinders my ability to perform a complete analysis.

**C.    ANCILLARY FILES OMITTED**

9. The MSAB production also omitted ancillary files such as project files, make files, header files, and third-party library code that provide information about how the software is built and indicate whether I have a complete set of source code files. Cellebrite specifically requested the MSAB ancillary files. As discussed above, MSAB omitted configuration files such as the `SGH-G800.txt` configuration file that was referenced in Gatu's declaration. The omission of the ancillary files hinders my ability to perform a complete analysis.

**D.    OTHER SOURCE CODE FILES WERE OMITTED OR HAD PROBLEMS**

10. The source code that MSAB did produce also included several significant omissions. The produced files appear to be a subset of a larger body of MSAB source code:

CONFIDENTIAL                                                                                  3

1) The produced files were not provided in their regular directory structure. The produced files were separated into several directories, where each directory was labeled with a project name and a version number. Each directory included source code files organized without subdirectories. Eight of these directories also included project files. Each project file included an expected directory structure, including various subdirectories for the source code of the associated project. The arrangement of the source code files did not match the directory structure that was shown in the project files. This means that analyzing them and even determining whether all files were produced is unnecessarily difficult if not impossible.

2) The produced files also included references to critical source code files that were omitted. The eight project files included references to source code files, which were not provided. Some of the source code files also contained `include` statements that reference files that were not provided. A list of the files that I was able to identify as missing from the source code production is shown in Exhibit B. Where header files have been omitted, there may be associated source code files that are not identified by `include` statements. Further, these omitted files may reference still other files that have been omitted. The list in Exhibit B may therefore not be an exhaustive list of what MSAB has omitted. Again, without being provided entire projects directories analyzing the files and even determining whether all files were produced is unnecessarily difficult if not impossible.

3) The files `..\Qualcomm Dumper (PC side) 6.3\QCDmpModule.cpp` and `..\Qualcomm Dumper (PC Side) 6.4\QCDmpModule.cpp` include references to a directory called `D:\\Cellebrite Physical\`. However, MSAB omitted this directory in its production.

4) The file `..\Blackberry Dumper (PC Side) 6.5\blackberryPatcher.cpp` appears to be corrupted because it consists of all zeros instead of source code.

11. The omission of these source code files hinders my ability to perform a complete analysis.

## IV.    CONCLUSION

12. MASB has not complied with Cellebrite's document requests. MSAB has not provided all
    versions of XRY software code relating to solutions for physical extraction of Samsung
    mobile devices based upon the Qualcomm chip set and solutions for physical extraction of
    BlackBerry mobile devices, the software repository, ancillary files, and other source code
    files. These omissions hinder my ability to perform a complete analysis.

Dated:  November 14, 2013

Robert Zeidman

**Exhibit A: XRY Release Notes 6.3**

CONFIDENTIAL

**Exhibit B: Omitted Files from Second Production**

CONFIDENTIAL

# EXHIBIT A



RELEASE DATE: W/C 28TH MAY 2012

XRY

# XRY 6.3
## RELEASE NOTES

NOW WITH
**7,323**
DEVICE PROFILES SUPPORTED

## SAMSUNG KIES
# BACKUP FILE SUPPORT

In XRY v6.3 you now have the ability to import backup files from Samsung handsets using the Kies system. Samsung Kies is the equivalent to the iTunes Backup for iOS devices and the IPD file for Blackberry devices which we already support.

With this new .sbu backupfile decoding functionality you can decode backup files created by Samsung's sync-program Kies from the Galaxy S2 for example. So whilst you may not be able to secure the handset itself, you can still recover data from an image of the device when it was last sync'd with the owner's computer.



## iOS KEYCHAIN
## PASSWORD DECODING

With v6.3 you now have the ability to recover email passwords and un-encoded apps pass-words from iOS devices. The keychain data-base contains sensitive information about email and application accounts and passwords.

Decryption of the keychain database on Apple devices makes it possible to see passwords for email accounts added to the device. Some apps that use the encryption of the keychain database don't encrypt their passwords themselves, which means that we can also decrypt those passwords as well. Other applications may protect their passwords further; and we will work on the ability to decrypt them in the future.

### WHAT'S NEW IN THIS RELEASE? 

>> New agent for extracting data from **Windows Phone 7**
>> **Samsung Kies**
   Support for importing and decoding .sbu backup files
>> **iPhone**
   Keychain Passwords Support
   Logical Application Decoding
>> **Motorola iDEN**
   Decoding support
>> **Blackberry**
   Improved IPD decoding & BBM extraction
>> **New Field Versions**
   XRW & CF-19
>> **New Service Cables**

### MAIN APPLICATION IMPROVEMENTS 

>> **Smartphone Apps** – Logical decoding functionality
>> **Watch List** – Hit numbers now displayed on
   Category Folder level
>> **SQLite Viewer** – Now possible to have multiple
   viewers open simultaneously
>> **XML & PList Viewers** – You can now launch these
   files direct from the details window
>> Opening/Reading XRY file progress bar
>> Resolved issue with picture metadata for the
   GPX & Google Earth exporters

| Forensic Method | v6.3 | Total |
|---|---|---|
| >> XRY Logical | 224 | 3,542 |
| >> XRY Physical Dumping | 105 | 1,427 |
| >> XRY Physical Decoding | 196 | 1,253 |
| >> Security Code Only | 140 | 524 |
| >> Smartphone Apps | 24 | 89 |
| >> XRY Untested | 42 | 488 |
| >> **Total** | **731** | **7,323** |

**MICRO** ⟩ **SYSTEMATION**

Box 17111, SE-104 62 Stockholm, Sweden | Visiting address: Hornsbruksgatan 28, Stockholm
Phone: +46 8 739 02 70 | Fax: +46 8 730 01 70 | sales@msab.com | msab.com

**MICRO ⟩ SYSTEMATION**          XRY VERSION 6.3 | RELEASE NOTES        

HARDWARE UPDATE

# NEW FIELD VERSIONS

Introducing XRW andCF-19 – both devices meet the tough Field Version specifications of MIL-STD – 810G and IP65 compliance. These two units are our next generation of Field Versions: The XRW computer is an ultra-rugged mobile 10-inch widescreen Notebook running Microsoft Windows 7 Ultimate operating system and features an Intel Atom 2.0 GHz processor with 64GB Solid State hard drive and 2GB of DDR2 RAM. Portability combined with a full keyboard – this tough and light weight unit is the perfect all-round solution for users on a budget.



The lightweight rugged
XRW Notebook for
users on a budget.

The CF-19 is the ultimate Field Version solution; a fully rugged convertible Toughbook featuring a revolutionary LCD screen that transforms from a high-performance notebook to a fully portable tablet PC. With an Intel® Core™ i5 processor delivering high performance with a 320GB HDD and 4GB RAM. This top end device has a high-power battery allowing for a running time of up to 9 hours and a magnesium alloy case.

The ultimate rugged solution;
CF-19 notebook and tablet
PC with core i5 processor.

**For more details please contact sales@msab.com**

---

## DID YOU KNOW? ⌄

### APPLE iOS PHYSICAL SUPPORT

**Have you applied for a special update?**

You need to update your license key. Physical support for Apple devices like Security Lock Bypass and Dumping and Decryption won't work without you adding a special update to your Codemeter license key.

This new separate element is required to be installed on your key before the system will work. **www.msab.com/support/export-controls-for-xry-v6.2**



### ANDROID DUMPING WITHOUT THE NEED FOR ROOTING

We now support for several Qualcomm based LG Android devices. One of the benefits of these phones is that they can be dumped and decoded directly without the need for automatic rooting. Allowing you to get around the Swipe/Gesture Lock Patterns: *LG VS660 Vortex, LG LS670 Optimus S, LG US670 Optimus U, LG VM670 Optimus V, LG MS690 Optimus M, LG VS-700 Enlighten, LG AS-740 Axis, LG US740 Apex, LG VS740 Ally, LG US760 Genesis.*



**MICRO** ⟩ SYSTEMATION

XRY VERSION 6.3 | RELEASE NOTES



## WINDOWS PHONE 7 SUPPORT

In this release we have introduced limited support for extraction of some Windows Phone 7 handsets; the solution is complex but will benefit users considerably when dealing with this Smartphone operating system. Support can extend to extraction of Contacts, Calendar, SMS and File. Check the device manual for full details.



## SMARTPHONE APPS SUPPORT

Just a quick re-cap on recent development work we have been doing for you for apps support:

| XRY | v6.1 | v6.2 | v6.3 |
|-----|------|------|------|
| >> BlackBerry | 5 | 5 | 8 |
| >> Android | 14 | 21 | 37 |
| >> Apple | 35 | 39 | 44 |

Apps support is just as difficult as device support and the software versions of apps change regularly, so not only do we have to try to support new apps, we also have to go back and check new versions of existing apps to make sure they continue to work!

## LOGICAL APPLICATION DECODING



We've separated the process of data file extraction and the parsing of the data on Smartphones and CDMA mobile devices. The decoding process now takes place after the initial extraction of the file system. Thus it is now possible to re-decode these new XRY files and apply decoding again as our support ability improves in the future.

## SERVICE CABLES

We know that a lot of experienced phone examiners already have their own sets of service cables which they use alongside XRY. We have been able to extend XRY support by documenting the ability to recover more data through the use of these service cables.

Equally we regularly receive enquiries from new customers who are confused about the use of such cables and their availability; in order to assist them with device extraction.

Historically we pointed customers in the direction of third party suppliers. With the release of v6.3 however, we have decided to offer these cables direct in order to improve our customer support. We have put together a select list of recommended service cables needed in order to extend support on mobile devices.

This Service Cable pack is available to purchase through our web shop via the customer portal.



**XRY COMPLETE EXTRACTION FEATURES**

>> **Android**
  – New Apps: Desk Notes, Dropbox, Evernote, Facebook, Facebook Messenger, Fring, Google Maps, Hide it Pro (Audio Manager), Me2Day, Daum MyPeople, Navfree, NAVIGON MobileNavigator, Sygic, TomTom Places, VBrowser, Voxer
>> **iPhone**
  New Apps: Evernote, Mappy, Maps+, Navfree GPS Live, Voxer



**XRY LOGICAL FEATURES**

>> 32 new CDMA devices
>> New agent for extracting data from Windows Phone 7
>> Separated file extraction and decoding of data on Smartphones and CDMA. Decoding now takes place after the extraction of the file system.
>> **BlackBerry**
  – New Apps: Google Talk, Windows Live Messenger, Yahoo! Messenger
  – Improved extraction of "BlackBerry Messenger" BBM app for conversations

**XRY PHYSICAL FEATURES**

>> 40 new GPS devices
>> iPhone 3G physical support without the need for jailbreaking
>> Decryption of data in iOS keychain database to recover passwords
>> Decoding support for Motorola iDEN
>> Decoding support for an additional 30+ CDMA models
>> Decoding of contacts, calls, SMS and MMS on 40+ china phones
>> Support for importing and decoding Samsung Kies Backup files
>> Improved CDMA decoding
>> BlackBerry IPD decoding
  – Web browser bookmarks
  – Displaying calendar event attendees

**NEW CABLES IN XRY LOGICAL AND PHYSICAL**

>> Samsung Cable 17



 MICRO SYSTEMATION

**XRY VERSION 6.3** | RELEASE NOTES    

XRY LOGICAL    ▶ NEW DEVICES IN XRY LOGICAL

**Ace**
Cali TV
Caracas Pro

**Acer**
M310 Allegro W4

**Aladdin**
A89

**Alcatel**
OT-981
OT-990
Playboy B01A

**Amcor**
3900

**Amoi**
E850*

**Apple**
iPad 3 4G CDMA (A1403)
iPad 3 4G GSM (A1430)
iPad 3 Wi-Fi (A1416)

**Asus**
P735*
TF101 Eee Pad
    Transformer

**Audiovox**
CDM-8930

**Aviton**
AZ281MA
AZ291MA
AZ391MA

**Axion**
GEO-632

**BenQ**
E72*

**BLU**
Studio 5.3 D500*
Studio 5.3 D510

**Blue Media**
BM-6500

**Bryton**
Rider 50

**China Clones**
iGo Amigo
Q10 (3 SIM)
UFX 501*

**Clarion**
EZD580
Map 360

**Dell**
Venue Pro V02S

**Dopod**
S700*

**E-TEN**
InfoTouch M600*

**Fine Digital**
FineDrive 350

**Garmin**
Montana 600
Montana 650t
Rino 650

**General Mobile**
Diamond Bar
Diamond Qwerty
Fox
Ultimate Slim

**Gigabyte**
GSmart i120*

**G-net**
G205
G534

**GoldMaster**
NAV-432

**Gresso**
Royal Black Diamonds*

**HKC**
G1000*

**HP**
iPAQ 600*

**HTC**
7 Pro (PC93100)
EVO 3D (X515m)
    (PG86300)
Flyer P510e
HD7S T9295 (PD29150)
P3000*
P4351*
Radar C110e
Rezound ADR6425
Sensation XL Beats
    Audio X315e

**Huawei**
G6600 Passport

**i-mobile**
Hitz 254 Swap
Hitz 317

**Initial**
GM-510

**Invion**
3NAV-V1
GPS-3V906-IUS

**Jensen**
NVX225

**kpn**
Messenger*

**Kyocera**
E2000 Tempo
K322
K323
KX160b
KX444
KX9c Milan*
Lingo M1000
S1350 Presto

**LG**
AS-740 Axis
C330
E730 Optimus Sol
E906 Jil Sander
GR700 Vu Plus
KG320
LN505
LN730
LN735
LN740
MG800d Chocolate
UN270 Attune
US760 Genesis
VN150 Revere
VN251 Cosmos II
VS700 Enlighten – Eclipse

**Mappy**
ulti 507
ulti 509

**Maylong**
ML-405

**Medion**
MDPNA 200s

**Mio**
Spirit 578

**MLS Destinator**
84F-3

**Motorola**
EX124g
i30sx
i315
i325
i365
i365is
i412
i576
i58sr
i605
i615
i686 Brute
i690
i706
i733
i786
i786w
i850
i856w
i857
i85s
i867
i875
i876
i876w
i877 Pininfarina
i890
i897 Ferrari Edition
i9 Stature
MB865 Atrix 2
ME511 FlipOut
XT530 Fire XT
XT532
XT615
XT860 Milestone 3
XT912 Droid Razr Maxx
ZN4 Krave

**MyGuide**
PND 4328
Typhoon 3500 GO

**Navigon**
2100
3100
5100
7000t
7100
PNA-6000T

**Navitech**
QX-353

**NDrive**
TouchXL SE

**Next**
YE-G 545
YE-GA 4624

**Nextar**
43LT

**No Brand**
5.0 MediaTek
7.0 Slim
HiFast HD GPS-538

**Nokia**
1616-2c
1681 classic (RH-118)*
2280
3500b classic
3555 (RM-270)*
5132 XpressMusic*
6555c (RM-276)*
6670b (RH-68)*
6800b*
700 Zeta (RM-670)*
701 (RM-774)*
7212 Supernova
    (RM-436)*
7610b (RH-52)*
Asha 200 (RM-761)*
Asha 300 (RM-781)*
Asha 302 (RM-813)*
Asha 303 (RM-763)*
Lumia 800

**Nortech**
E-GPS010

**oblio**
Nav Max 7

**Omnitech**
16878-US

**Orange**
Sydney

**Packard Bell**
Compasseo 300
Compasseo 500
Compasseo 620

**PC MILER**
PCM430
PCM440
PCM450
PCM540

Continued on next page  »

 **MICRO › SYSTEMATION**

XRY VERSION 6.3 | RELEASE NOTES



**XRY LOGICAL** — NEW DEVICES IN XRY LOGICAL

**PCD**
CDM-8635

**Pharos**
PDR-250n

**Pioneer**
AVIC-S1
AVIC-S2

**Piranha**
Avatar

**ProNav**
PNN200

**Proximus**
Global GPS Tracker

**QiGi**
T900*
Qstarz
CR-Q1100P

**Rand McNally**
IntelliRoute TND-500

**RightWay**
RW355
RW400
RW550

**RIM**
BlackBerry 9380 Curve Touch
BlackBerry 9630 Curve
BlackBerry 9850 Torch

**Riptunes**
MP-1527

**RoyalTek**
RN2BF

**RYDEEN**
VMAX 303

**Sagem**
my300c

**Samsung**
GT-C3010s
GT-C3011
GT-C3750 Metro
GT-E1180
GT-E1232b Duos
GT-E3213k Hero
GT-i8350 Omnia W
GT-N7000 Galaxy Note
GT-S5263 Star II Touch
GT-S5610k Primo
GT-S5690L Galaxy
  Xcover

GT-S5780 Wave 578 NFC
SCH-i515 Galaxy Nexus
SCH-R310 Byline
SCH-W899 Anycall
SCH-W999 Anycall
SGH-A516
SGH-C225
SGH-C450
SGH-D888 Duos Anycall
SGH-E860V
SGH-F700
SGH-i677 Focus Flash
SGH-i777 Galaxy S II
SGH-i937 Focus S
SGH-T139
SHW-M190 Galaxy S
  Hoppin
SHW-M250L Galaxy S II
SPH-A640 (Bell)
SPH-M810 Instinct S30
YP-G70 Galaxy S WiFi
  5.0 8GB

**SKG**
M-222

**SoftBank**
001DL

**Sony**
GPS-CS1
GPS-CS3
NV-U70t

**Sony Ericsson**
Mix Walkman (WT13a)*
Mix Walkman (WT13i)
Mix Walkman (WT19i)
Txt (CK13a)*
Txt (CK13i)
Txt Pro (CK15a)
Xperia Active (ST17a)
Xperia Active (ST17i)
Xperia mini (ST15a)*
Xperia mini pro (SK17a)*
Xperia Neo (MT15a)*
Xperia Pro (MK16a)
Xperia X8 (E15a)*
Z780i

**Spice**
M-6800 Flo

**Sylvania**
SGPD432

**Takara**
GP7-o

**Targa**
PNA-E3520T

**TCL**
i880*
Q3*

**T-Mobile**
Affinity*

**Transonic**
PNA-6000T

**Transystem Inc**
TripMate 850

**Trimble**
Juno SC*

**UTStarcom**
CDM-7076
CDM-8630AL Alltel
CDM-8960CE

**V7**
NAV730

**WayteQ**
X5*

**WIKO**
Minimi

**Windows Phone**
Windows Phone
  Generic 1
Windows Phone
  Generic 2

**ZTE**
N295*
Tania

*Untested devices



The Galaxy Note is also added to our support list with this release.

The new iPad 3 is now supported logically in XRY v6.3.

**MICRO** SYSTEMATION

**XRY VERSION 6.3** | RELEASE NOTES





**NEW DEVICES IN XRY PHYSICAL DUMPING**

**Aladdin**
A89

**Alcatel**
OT-981
OT-990

**BLU**
Studio 5.3 D510

**Bryton**
Rider 50

**China Clones**
iGo Amigo

**Clarion**
EZD580

**Garmin**
Montana 600
Montana 650t
Rino 650

**General Mobile**
Fox
Ultimate Slim

**GoldMaster**
NAV-432

**Google**
Nexus S (GT-i9020)

**HTC**
Sensation XL Beats
Audio X315e

**Invion**
3NAV-V1

**LG**
AS-740 Axis
US760 Genesis
VM670 Optimus V
VS700 Enlighten –
Eclipse

**Mappy**
ulti 507
ulti 509

**Mio**
Spirit 578

**Motorola**
i325
i440
i856 Debut
i857
MB865 Atrix 2
XT860 Milestone 3
XT912 Droid Razr Maxx

**MyGuide**
PND 4328

**Navigon**
2100
5100
7100

**Navitech**
QX-353

**Next**
YE-G 545

**Nextar**
43LT

**No Brand**
7.0 Slim
HiFast HD GPS-538

**oblio**
Nav Max 7

**PC MILER**
PCM440
PCM450
PCM540

**Pharos**
PDR-250n

**Piranha**
Avatar

**ProNav**
PNN200

**Proximus**
Global GPS Tracker

**Rand McNally**
IntelliRoute TND-500

**RightWay**
RW400
RW550

**Riptunes**
MP-1527

**RYDEEN**
VMAX 303

**Samsung**
GT-C3010s
GT-E2121L
GT-E2210
GT-M7500 Emporio
Armani
GT-N7000 Galaxy Note
GT-S7220 Ultra b
GT-S7350 Ultra s
GT-S8300 Ultra Touch
SCH-R260 Chrono
SCH-W289
SCH-W589 Anycall
SCH-W799 Anycall
SCH-W899 Anycall
SGH-A637
SGH-A707 Sync
SGH-A717
SGH-A727
SGH-A737
SGH-A747 SLM
SGH-A777
SGH-A827 Access
SGH-A837 Rugby
SGH-A886 Forever
SGH-A887 Solstice
SGH-A927 Flight II
SGH-F490
SGH-F490v
SGH-L170
SGH-L760
SGH-T469 Gravity 2
SGH-T639
SGH-T746 Impact
SGH-U900 Soul

SGH-Z560
SHW-M190 Galaxy S
Hoppin
YP-G70 Galaxy S WiFi
5.0 8GB

**SKG**
M-222

**Sony**
GPS-CS1
GPS-CS3

**Sony Ericsson**
Mix Walkman (WT13i)
Mix Walkman (WT19i)
T250a
Txt (CK13i)
Txt Pro (CK15a)
Txt Pro (CK15i)
W150i Yendo
W8i Walkman (E16i)
Xperia Active (ST17a)
Xperia Active (ST17i)

**Sylvania**
SGPD432

**Targa**
PNA-E3520T

**Transystem Inc**
TripMate 850

**V7**
NAV730



XRY now supports a huge variety of GPS devices from 75 different manufacturers.



XRY supports Motorola iDEN devices. Did you know you can dump and decode a locked iDEN device and recover the security code?

MICRO SYSTEMATION

**XRY VERSION 6.3** | RELEASE NOTES





## NEW DEVICES IN XRY PHYSICAL DECODING

**Aladdin**
A89

**Alcatel**
OT-981
OT-990

**BLU**
Studio 5.3 D510

**Bryton**
Rider 50

**China Clones**
iGo Amigo

**Clarion**
EZD580

**Garmin**
Montana 600
Montana 650t
Rino 650

**General Mobile**
Fox
Ultimate Slim

**GoldMaster**
NAV-432

**Google**
Nexus S (GT-i9020)

**HTC**
Sensation XL Beats
    Audio X315e

**Invion**
3NAV-V1

**LG**
230 Nite
370 Force
AN430 Wine II
AS-740 Axis
AX265 Banther
AX310
AX500 Swift
AX585 Rhythm
AX8370
LX265 Rumor 2
LX290
LX370
MN180 Select
MT310 Helix
MT375 Lyric
US760 Genesis
VM670 Optimus V

VN250 Cosmos
VS700 Enlighten _
    Eclipse
VX5600 Accolade
VX7100 Glance
VX8360
VX8370
VX8560 Chocolate 3
VX9200 enV3

**Mappy**
ulti 507
ulti 509

**Mio**
Spirit 578

**Motorola**
i205
i265
i275
i285
i290
i296
i305
i30sx
i315
i325
i325is
i335
i355
i35s
i365
i365is
i410
i412
i415
i425
i440
i450
i455
i465 Clutch
i50sx
i530
i560
i570
i576
i580
i58sr
i605
i60c
i670
i690
i706
i710
i730
i733
i736
i760

i776
i776w
i80s
i830
i833
i836
i850
i855
i856 Debut
i856w
i857
i85s
i860
i870
i875
i880
i885
i90c
i95cl
MB865 Atrix 2
XT860 Milestone 3
XT912 Droid Razr Maxx

**MyGuide**
PND 4328

**Navigon**
2100
5100
7100

**Navitech**
QX-353

**Next**
YE-G 545

**Nextar**
43LT

**No Brand**
7.0 Slim
HiFast HD GPS-538

**oblio**
Nav Max 7

**PC MILER**
PCM440
PCM450
PCM540

**Pharos**
PDR-250n

**Piranha**
Avatar

**ProNav**
PNN200

**Proximus**
Global GPS Tracker

**Rand McNally**
IntelliRoute TND-500

**RightWay**
RW400
RW550

**Riptunes**
MP-1527

**RYDEEN**
VMAX 303

**Samsung**
GT-C3010s
GT-E2121L
GT-E2210
GT-E2370 Xcover
GT-M7500 Emporio
    Armani
GT-N7000 Galaxy Note
GT-S7220 Ultra b
GT-S7350 Ultra s
GT-S8300 Ultra Touch
Kies Backup
SCH-R460 MyShot II
SCH-R470 TwoStep
SCH-R550 JetSet
SCH-R560 Messenger II
SCH-R850 Caliber
SCH-R860 Caliber
SCH-U490 Trance
SCH-U750 Alias 2
SCH-W289
SCH-W589 Anycall
SCH-W799 Anycall
SCH-W899 Anycall
SGH-A597 Eternity 2
SGH-A637
SGH-A707 Sync
SGH-A717
SGH-A727
SGH-A737
SGH-A747 SLM
SGH-A777
SGH-A827 Access
SGH-A837 Rugby
SGH-A867 Eternity
SGH-A886 Forever
SGH-A887 Solstice
SGH-A897 Mythic
SGH-A927 Flight II
SGH-F480 Touchwiz

SGH-F480v Touchwiz
SGH-F490
SGH-F490v
SGH-L170
SGH-L760
SGH-T469 Gravity 2
SGH-T639
SGH-T746 Impact
SGH-U900 Soul
SGH-Z560
SHW-M190 Galaxy S
    Hoppin
SPH-M810 Instinct S30
YP-G70 Galaxy S WiFi
    5.0 8GB

**SKG**
M-222

**Sony**
GPS-CS1
GPS-CS3

**Sony Ericsson**
Mix Walkman (WT13i)
Mix Walkman (WT19i)
Txt (CK13i)
Txt Pro (CK15a)
Txt Pro (CK15i)
W150i Yendo
W8i Walkman (E16i)
Xperia Active (ST17a)
Xperia Active (ST17i)

**Sylvania**
SGPD432

**Targa**
PNA-E3520T

**Transystem Inc**
TripMate 850

**V7**
NAV730

MICRO SYSTEMATION                                    **XRY VERSION 6.3** | RELEASE NOTES    

**XRY COMPLETE** ❯ NEW DEVICES IN XRY SECURITY CODES

**Audiovox**
CDM-8930

**Casio**
C211 GzOne type S
C511 GzOne type V
C711 GzOne Boulder

**Kyocera**
E2000 Tempo
K322
K323
KX160b
KX444
Laylo M1400
Lingo M1000
Neo E1100
S1350 Presto
S2300 Torino – Loft
SE44
SE47

**LG**
AX275
AX355
AX390
DM-L200
LX400
PM325
UN270 Attune
VN150 Revere
VN251 Cosmos II
VX3400
VX3450
VX3450L
VX4650
VX4700
VX5400
VX7000
VX8100
VX8500 Chocolate
VX8550 Chocolate
VX8575 Chocolate Touch
VX8600
VX8610 Decoy
VX8800 Venus
VX9100 enV2
VX9200 enV3
VX9800 V

**Motorola**
ic502 Buzz
ic602 Buzz
V323i
V325xi

V860 Barrage
VE240
ZN4 Krave

**Nokia**
1616-2c
2610b
2690
3109 classic
3120 classic
5700 XpressMusic
6151
6233
6280
6315i
6700 classic Gold Edition
6750-1b Mural
7205 Intrigue
7370
C1-01
C3-00
N81-1 8GB
N95-1
N95-2 8GB
X3-02 Touch and Type

**PCD**
CDM-8635

**Samsung**
GT-E1110
GT-E1117L Guru
GT-E2510
GT-M7500 Emporio
    Armani
GT-S3100 Croy
GT-S5320
GT-S5630c
GT-S8500 Wave
SCH-A890
SCH-A930
SCH-A950
SCH-A970
SCH-A990
SCH-R100 Stunt
SCH-R250 Contour
SCH-R310 Byline
SCH-R311 Axle
SCH-R350 Freeform
SCH-R351 Freeform
    Link
SCH-R420 Tint
SCH-R460 MyShot II
SCH-R470 TwoStep
SCH-R500 Hue

SCH-R520 Trill
SCH-R560 Messenger II
SCH-R600 Hue II
SCH-U340
SCH-U360 Gusto
SCH-U440 Gloss
SCH-U490 Trance
SCH-U750 Alias 2
SCH-U820 Reality
SCH-U960 Rogue
SGH-A516
SGH-A837 Rugby
SGH-A847 Rugby II
SGH-D888 Duos Anycall
SGH-D980
SGH-E251
SGH-F700
SGH-G600
SGH-G800
SGH-J200
SGH-J700i
SGH-J700v
SGH-L700
SGH-M150
SGH-M200
SGH-M610
SGH-T249
SGH-T255G
SGH-T339
SGH-T469 Gravity 2
SGH-T659 Scarlet
SGH-T929 Memoir
SGH-U800 Soul b
SGH-U900 Soul
SGH-Z240
SPH-A640 (Bell)
SPH-A920
SPH-M560 Reclaim
SPH-M630 Highnote
SPH-M810 Instinct S30

**Sanyo**
SCP-7400

**Telstra**
T6
T7 EasyTouch Discovery

**UTStarcom**
CDM-7076
CDM-8630AL Alltel
CDM-8960CE

**ZTE**
F102i



XRY supports hundreds of different chinese manufactured mobile devices from official manufacturers like Huawei; as well as many clone type devices.

**Don't forget to register your license.**
By registering your license you ensure that you receive new information about XRY software updates and new cables free of charge:
www.msab.com/licreg

MICRO SYSTEMATION    Box 17111, SE-104 62 Stockholm, Sweden | Visiting address: Hornsbruksgatan 28, Stockholm
Phone: +46 8 739 02 70 | Fax: +46 8 730 01 70 | sales@msab.com | msab.com

**EXHIBIT B**

## Exhibit B: Omitted Files from Second XRY Source Production

This is a list of files that were not included in the second XRY Source Production. These files names and paths were found in include statements.

### *Qualcomm Dumper 6.3*

```
1. ../../Common/Misc/mutex.hpp
2. Serial.h
3. IrDA.h
4. Bluetooth.h
5. ..\Misc\Transport.h
6. SFMT-params.h
7. XFmtEnc.cs
8. XFmtClass.cs
9. XFmt.cs
10.     XTypedNum.cs
11.     XPhrase.cs
12.     XNodeId.cs
13.     XPropClass.cs
14.     XPropType.cs
```

### *Qualcomm Dumper 6.4*

```
1. ../../Common/Misc/mutex.hpp
2. Serial.h
3. IrDA.h
4. Bluetooth.h
5. ..\Misc\Transport.h
6. SFMT-params.h
7. XFmtEnc.cs
8. XFmtClass.cs
9. XFmt.cs
10.     XTypedNum.cs
11.     XPhrase.cs
12.     XNodeId.cs
13.     XPropClass.cs
14.     XPropType.cs
```

### *Qualcomm Dumper 6.4.1*

```
1. ../../Common/Misc/mutex.hpp
2. Serial.h
3. IrDA.h
4. Bluetooth.h
5. ..\Misc\Transport.h
6. SFMT-params.h
7. XFmtEnc.cs
8. XFmtClass.cs
9. XFmt.cs
```

```
10.      XTypedNum.cs
11.      XPhrase.cs
12.      XNodeId.cs
13.      XPropClass.cs
14.      XPropType.cs
```

## *Qualcomm Dumper 6.5*

```
1. ../../Common/Misc/mutex.hpp
2. Serial.h
3. IrDA.h
4. Bluetooth.h
5. ..\Misc\Transport.h
6. SFMT-params.h
7. XFmtEnc.cs
8. XFmtClass.cs
9. XFmt.cs
10.      XTypedNum.cs
11.      XPhrase.cs
12.      XNodeId.cs
13.      XPropClass.cs
14.      XPropType.cs
```

## *Qualcomm Dumper 6.6.2*

```
1. ../../Common/Misc/mutex.hpp
2. Serial.h
3. IrDA.h
4. Bluetooth.h
5. ..\Misc\Transport.h
6. SFMT-params.h
7. XFmtEnc.cs
8. XFmtClass.cs
9. XFmt.cs
10.      XTypedNum.cs
11.      XPhrase.cs
12.      XNodeId.cs
13.      XPropClass.cs
14.      XPropType.cs
```

2

## *BlackBerry Dumper 6.4.1*

```
1. ..\..\Defs\Core\XRHwPortInterface.h
2. ..\..\Defs\Core\XryGuidDef.h
3. Core\XForce.h
4. Modules\GblModule.h
5. Core\XDebug.h
6. Core\XRFuncs.h
7. Core\XRDefs.h
8. Core\XryDefs.h"
9. FileFormat\XryFileIfc.h
10.     Core\DataFmtMgrIfc.h
11.     Core\XRHwPortInterface.h
12.     Core\XRParamInterface.h
13.     Core\WizPageIfc.h
14.     Modules\DumperIfc.h
```

## *BlackBerry Dumper 6.5*

```
1. ..\..\Defs\Core\XRHwPortInterface.h
2. ..\..\Defs\Core\XryGuidDef.h
3. Core\XForce.h
4. Modules\GblModule.h
5. Core\XDebug.h
6. Core\XRFuncs.h
7. Core\XRDefs.h
8. Core\XryDefs.h"
9. FileFormat\XryFileIfc.h
10.     Core\DataFmtMgrIfc.h
11.     Core\XRHwPortInterface.h
12.     Core\XRParamInterface.h
13.     Core\WizPageIfc.h
14.     Modules\DumperIfc.h
```

3