**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

---

CELLEBRITE MOBILE SYNCHRONIZATION, LTD.,
CELLEBRITE USA, INC.

Case No.: 13-Civ-1014 (TSE) (TRJ)

Plaintiffs,

-against-

MICRO SYSTEMATION AB,
MSAB, INC.,

Defendants.

---

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties to this action stipulate that this matter (including all claims and counterclaims) shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

So Ordered this ___ day of February 2014.

_____
JUDGE

| | |
|---|---|
| /s/_____ | /s/_____ |
| By: Bernard J. DiMuro, Esq. | Mitchell C. Shelowitz, Esq. |
| VSB # #18784 | Darya Dominova, Esq. |
| DiMuroGinsberg, P.C. | Pearl Cohen Zedek Latzer Baratz, LLP |
| 1101 King Street, Suite 610 | 1500 Broadway, 12th Floor |
| Alexandria, Virginia  22314 | New York, New York 10036 |
| Tel.:   (703) 684-4333 | Tel:    (646) 878-0800 |
| Fax:   (703) 548-3181 | Fax:   (646) 878-0801 |
| Email: bdimuro@dimuro.com | Emails: MShelowitz@PearlCohen.com; |
| | DDominova@PearlCohen.com |

*Attorneys for Plaintiffs, Cellebrite Mobile Synchronization, Ltd., Cellebrite USA, Inc.*

/s/_____
Damon W. D. Wright, Esq. VSB #40319
Christopher S. Crook, Esq. VSB # 76636
Venable LLP
575 7th Street, NW
Washington, DC  20004-1601
Tel: 202-344-4000
Fax: 202-344-8300
Emails: dwright@venable.com;
cscrook@venable.com

*Attorneys for Micro Systemation AB and MSAB, Inc.*

Dated: February 2, 2014                         **Respectfully submitted,**

                                                        **CELLEBRITE MOBILE SYNCHRONIZATION, LTD.,** *ET AL.*
**By Counsel**

/s/_____
Bernard J. DiMuro, Esq.
VSB #18784
*Counsel for Plaintiffs*
**DIMUROGINSBERG**, PC
1101 King Street, Suite 610
Alexandria, Virginia  23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mail: bdimuro@dimuro.com

**PEARL COHEN ZEDEK LATZER BARATZ LLP**
Mitchell C. Shelowitz, Esq.
Darya Dominova, Esq.
1500 Broadway, 12th Floor
New York, NY 10036
Tel:     (646) 878-0800
Fax:     (646) 878-0801

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 2nd day of February, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/_____
Sara M. Sakagami, Esq.
VSB #77278
*Counsel for Plaintiffs*
**DIMUROGINSBERG**, PC
1101 King Street, Suite 610
Alexandria, Virginia  23314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
E-mail:ssakagami@dimuro.com